No. 23,439.

THE COUNTY OF McPHERSON, *Appellee*, v. THE UNITED STATES RAILROAD ADMINISTRATION and THE CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY, *Appellants.*

OPINION DENYING A REHEARING.

Appeal from McPherson district court; FRANK F. PRIGG, judge. Opinion denying a rehearing filed May 6, 1922. (For original opinion of affirmance see 110 Kan. 274, 203 Pac. 912.)

*Luther Burns, J. E. DuMars,* both of Topeka, and *P. J. Galle,* of McPherson, for the appellants.

*Alex S. Hendry,* county attorney, for the appellee.

The opinion of the court was delivered by

MARSHALL, J.: A second petition for a rehearing has been filed in this action. The Chicago, Rock Island and Pacific railroad asks that the judgment be modified so as to make it run against the United States Railroad Administration only. The reasons advanced for the modification of the judgment have their foundation in the difficulties arising out of the adjustment of accounts between the government and the railroad. In this matter, the court cannot assist either of the defendants. The judgment rendered is not intended to affect the relations of the defendants toward each other.

The application for a rehearing is denied.